United States Court of Appeals
 for the district of columbia circuit

No. 98-5355 September Term, 1998

Judicial Watch, Inc. 
 Appellee 
 
 v.

Federal Election Commission, 
 Appellant

 Before: Edwards, Chief Judge, Rogers, Circuit Judge, and Buckley, Senior
Circuit Judge.

 O R D E R

 It is ORDERED, by the Court, sua sponte, that the decision for the Court filed on
May 7, 1999, be, and hereby is, amended as follows:

 Title page, first paragraph of text, lines 4 and 5, delete the
 following: ", and occasion no need for a published opinion". 

 Per Curiam
FOR THE COURT:
Mark J. Langer, Clerk

BY:
 Robert A. Bonner
Deputy Clerk

Filed on 7/28/99